UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KOKILA SHAH,<br><br>                      Plaintiff,<br><br>      -against-<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>                      Defendant. | 22-CV-9579 (JMF)<br><br>ORDER OF SERVICE |

JESSE M. FURMAN, United States District Judge:

      Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

      The Clerk of Court is directed to issue a summons as to Defendant Secretary of Health and Human Services. Plaintiff is directed to serve the summons and complaint within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the action, under Rules 4 and 41 of the Federal Rules of Civil Procedure, for failure to prosecute.

SO ORDERED.

Dated:   November 28, 2022
            New York, New York

                                                JESSE M. FURMAN
                                                United States District Judge